UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID HENRY CURRY,<br><br>               Plaintiff,<br>    v.<br><br>MIGUEL BALDERRAMA and<br>JONATHON SLOTHOWER,<br><br>               Defendants. | CASE NO. C17-5716 BHS-JRC<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 26. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**; and

    (2)    The Court denies Defendants' motion to dismiss (Dkt. 20).

Dated this 19th day of June, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER