UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID HENRY CURRY,<br><br>               Plaintiff,<br>    v.<br><br>MIGUEL BALDERRAMA and<br>JONATHON SLOTHOWER,<br><br>               Defendants. | CASE NO. C17-5716 BHS<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 60. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendants' motions for summary judgment, Dkts. 36, 42, 44, 49, are **GRANTED**;

(3)     Plaintiff's action is **DISMISSED with prejudice**;

(4) Plaintiff's *in forma pauperis* status is **REVOKED** for the purposes of appeal; and

(5) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 20th day of February, 2019.

BENJAMIN H. SETTLE
United States District Judge